UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHRISTIAN BRACHVOGEL, *on behalf of himself
and all others similarly situated*,

                Plaintiff,

      -against-

SOUTH BAY ENERGY CORP.,

                Defendant.
------------------------------------------------------------------X

**23-CV-184 (VSB) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

For the reasons stated at the conference on September 19, 2023, Defendant's motion to
stay discovery (ECF No. 25) and Plaintiff's motion to compel (ECF No. 31) are **DENIED.**
Discovery in this matter is to commence as indicated at the conference. As also discussed at the
conference, the Parties are to submit a status update by October 19, 2023. The Clerk of Court is
directed to terminate the motions at ECF Nos. 25 and 31.

      **SO ORDERED.**

DATED:     New York, New York
           September 19, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge