MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE
DATED: November 17, 2023

The conference scheduled for November 21, 2023 is hereby canceled. Additionally, all discovery deadlines in this matter are stayed until December 18, 2023, by which date the parties are directed to submit a status update. The Clerk of Court is directed to terminate the motion at ECF No. 41.

November 16, 2023

**Via ECF**
Hon. Valerie Figueredo
Southern District of New York
500 Pearl Street, Room 1660
New York, NY 10007

    Re:    *Brachvogel v. South Bay Energy Corp.*, Case No. 23 Civ. 184 (VSB) (VF)

Dear Judge Figueredo:

The parties write jointly to request an adjournment of the discovery conference scheduled for November 21, 2023. The parties have agreed to engage in a mediation and to a month-long stay of discovery to focus on those efforts. The parties anticipate updating on the Court on an agreement once certain mediation steps are completed during that period.

In the event the parties' efforts are unsuccessful, the parties will so inform the Court and request a status conference at the Court's convenience to renew their current discovery disputes, including as outlined in Dkt. 37.

    \*    \*    \*

We thank the Court for its consideration.

    Respectfully submitted,

    /s/ Greg Blankinship
    Greg Blankinship

    *Counsel for Plaintiff and the Proposed Class*

    /s/ Jason Cyrulnik
    Jason Cyrulnik

    *Counsel for Defendant, South Bay Energy Corp.*